FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2016 JAN 26 PM 1:00

SIGN _____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR THEFT OF GOVERNMENT FUNDS AND FORFEITURE ALLEGATION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 16-6-SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 641 |
| | : | 18 U.S.C. § 981(a)(1)(c) |
| RHODA RENAE ROBERTSON | : | 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

1. Beginning in or about April of 2010, and continuing through on or about December 4, 2014, in the Middle District of Louisiana, **RHODA RENAE ROBERTSON**, the defendant herein, without authority, knowingly did embezzle, steal, and convert to her own use money of the United States Department of Housing and Urban Development ("HUD"), a department or agency of the United States, namely, HUD Housing Choice Voucher Program funds, having a value of approximately $50,996, to which she knew she was not entitled, and with the intent to deprive the United States of the use of the funds.

The above is a violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

2. Upon conviction of the offense charged in this Bill of Information, **RHODA RENAE ROBERTSON**, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c), any property, real and personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to,

approximately FIFTY THOUSAND, NINE HUNDRED NINETY-SIX DOLLARS ($50,996) in proceeds derived from this offense.

    3.    If any of the forfeitable property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other properly which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
UNITED STATES ATTORNEY

Date: 1/26/2016

_____
PETER J. SMYCZEK
ASSISTANT U.S. ATTORNEY

# Criminal Cover Sheet     U.S. District Court

**Place of Offense:**                          Matter to be sealed:   X No   ☐ Yes

City         Baton Rouge, LA              **Related Case Information:**

County/Parish   East Baton Rouge          Superseding Indictment _____ Docket Number _____
                                          Same Defendant _____  New Defendant _____
            Stephen Ashford, HUD-OIG      Magistrate Case Number _____
                                          Search Warrant Case No. _____
                                          R 20/ R 40 from District of _____
                                          **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    Rhoda Renae Robertson


**U.S. Attorney Information:**

AUSA   Peter Smyczek        Bar #

**Interpreter:**   XX No    Yes         **List language and/or dialect:**

**Location Status:**

Arrest Date   _____
_____    Already in Federal Custody as of
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:     __1__

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ **Felony** |
|---|---|---|---|
| 18:641 | Theft of Government Funds | 1 | Felony |
|  |  |  |  |
|  |  |  |  |

(May be continued on second sheet)

Date:  1/26/16      Signature of AUSA: _____

**District Court Case Number (To be filled in by deputy clerk):** _____